UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ISHONIQA BOYD,<br><br>Plaintiff/Relator,<br><br>v.<br><br>RIVERPOINT 714 LLC, CTL MANAGEMENT, INC., and DOES 1-30,<br><br>Defendants. | No.  2:15-CV-1406-KJM-DAD<br><br>ORDER |

The court, having reviewed the qui tam plaintiff's request to seal documents and the complaint, orders as follows:

(1) The plaintiff's request is GRANTED.

(2) The plaintiff's complaint shall be filed *in camera* and under seal.  The seal shall expire on the date sixty days from the issuance of this order unless a motion to extend this time frame is pending or it is extended by court order.

IT IS SO ORDERED.

DATED: August 26, 2015.

_____
UNITED STATES DISTRICT JUDGE

1