UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ISHONIQA BOYD,<br><br>Plaintiff,<br><br>v.<br><br>RIVERPOINT 714, LLC, CTC MANAGEMENT, INC., and DOES 1-30,<br><br>Defendants. | No.  2:15-cv-1406 KJM-DAD<br><br>UNDER SEAL<br><br>ORDER |

Upon consideration of the *ex parte* application of the United States for an extension of time to decide whether to intervene and for an extension of the seal on the *qui tam* complaint, and for good cause shown, the United States of America shall have until and including February 29, 2016, to notify the court of its decision whether to intervene in this action.  The Complaint and all other filings shall remain under seal until the United States notices its election to intervene, or until further order of this court.

       IT IS SO ORDERED.

 DATED: September 21, 2015.

_____
UNITED STATES DISTRICT JUDGE

1