UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ISHONIQA BOYD,<br><br>                    Plaintiffs,<br><br>          v.<br><br>RIVERPOINT 714, LLC, CTC MANAGEMENT, INC., and DOES 1-30,<br><br>                    Defendants. | No.  2:15-cv-1406 KJM-CKD (TEMP)<br><br>ORDER<br><br>UNDER SEAL |

The *ex parte* application of the United States for an extension of time to decide whether to intervene and for an extension of the seal on the *qui tam* complaint is GRANTED. ECF No. 11.  The United States shall have until and including August 29, 2016, to notify the Court of its decision whether to intervene in this action.  The Complaint and all other filings shall remain under seal until the United States notices its election to intervene, or until further Order of this Court.

This is the second request for an extension.  *See* ECF No. 6.  If the United States seeks a further extension, it should include a detailed explanation, which will be subject to this court's scrutiny.  *U.S.* ex. rel. *Costa v. Baker & Taylor, Inc.*, 955 F. Supp. 1188, 1190–91 (N.D.

1

1  Cal. 1997) (explaining that the public has an interest in open court records and the period during
2  which the government may keep the complaint sealed was not intended to be indefinite).
3      IT IS SO ORDERED.
4  DATED: March 4, 2016

_____
UNITED STATES DISTRICT JUDGE