UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ISHONIQA BOYD,<br><br>Plaintiff,<br><br>v.<br><br>RIVERPOINT 714, LLC, CTC MANAGEMENT, INC., and DOES 1–30,<br><br>Defendants. | No. 2:15-cv-1406-KJM-CKD<br><br><br>ORDER |

On June 10, 2016, the court ordered any party to show cause in camera why this entire case should not be unsealed. ECF No. 16. The United States, on June 17, 2016, filed a response to the order to show cause. ECF No. 17. The United States proposed redactions to the declaration of Vincente A. Tennerelli, Assistant United States Attorney for the Eastern District of California and attorney of record for the United States in this action, submitted in support of the United States' second request for extension of time. *Id.* at 2; ECF No. 11-1. The United States argue the redacted information discloses the contents of confidential communications between the United States and the Sacramento Housing and Redevelopment Agency. For good cause shown, the United States' request to redact ECF No. 11-1 is GRANTED. ECF Nos. 11-1 and 17 are to be kept sealed with the balance of the case to be unsealed. The United States shall file on the public

1 docket the redacted copy of ECF No. 11-1 proposed at ECF No. 17-1, within seven (7) days of
2 the date this order is filed.
3             IT IS SO ORDERED.
4  DATED: June 24, 2016

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE