WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
MATTHEW W. POWELL (SBN 114563)
BIANCA S. WATTS (SBN 278231)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814

Telephone:    (916) 441-2430
Facsimile:     (916) 442-6664
mpowell@wilkfleury.com
bwatts@wilkefleury.com

Attorneys for Defendants
RIVERPOINT 714, LLC,
CTL MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHONIQA BOYD,<br><br>             Plaintiff,<br><br>vs.<br><br>RIVERPOINT 714, LLC, ET AL.,<br><br>             Defendants. | Case No.  2:15-cv-01406-KJM-DB<br><br>**APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER**<br><br>Judge:      Judge Kimberly J. Mueller<br>Dept.:      Courtroom No. 3 |

Pursuant to Local Rule 144, Defendants Riverpoint 714, LLC and CTL Management, Inc. and Plaintiff Ishoniqa Boyd, by and through their counsel of record, HEREBY STIPULATE AND AGREE that Defendants shall have an extension of time in which to respond to the complaint.  The Parties request an extension through and including September 28, 2016 for Defendants to file and serve their response to the complaint.  This is Defendants' first request for an extension of time to

1489196.1                                       -1-
APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER

respond to the complaint. The Parties request this extension because they are attempting to negotiate a resolution of this litigation.

SO STIPULATED.

DATED: August 23, 2016

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP

By: /s/ Matthew W. Powell
MATTHEW W. POWELL
Attorney for Defendants
RIVERPOINT 714 LLC, and
CTL MANAGEMENT, INC.

DATED: August 23, 2016

LAW OFFICES OF ANDREW WOLFF, PC

By: /s/ Christopher D. Beatty
CHRISTOPHER D. BEATTY
Attorneys for Plaintiff
ISHONIQA BOYD

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER**

Having reviewed the Parties application and considered the reasons for the requested extension, the Court hereby grants the Defendants an extension of time to respond to the complaint. Defendants shall file and serve their response to the complaint on or before September 28, 2016.

IT IS SO ORDERED.

DATED: August 24, 2016

UNITED STATES DISTRICT JUDGE

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

1489196.1                                      -2-
APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER